CLAYTON BLAISDELL, Respondent, *v.* N. P. SEVERIN, INC., Appellant, Impleaded with Another.

(Argued June 4, 1935; decided July 11, 1935.)

*Arthur V. D. Chamberlain* for appellant.

*Norman A. O'Brien* and *Henry Kass* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

JOHN J. REILLY, by MARION J. REILLY, His Guardian ad Litem, Respondent, *v.* GRISTEDE BROS., INC., Appellant.

(Argued June 4, 1935; decided July 11, 1935.)